# ELECTRONIC RECORD

COA #    07-13-00169-CR                    OFFENSE:  22.02

STYLE:  Michael Ray Trevino v. The State of Texas                    COUNTY:  Lubbock

COA DISPOSITION:        AFFIRMED                    TRIAL COURT:  140th District Court

DATE: 07/17/2014                    Publish: NO    TC CASE #:    2012-435,442

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Michael Ray Trevino v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___12/10/2014___

JUDGE: ___Per Curiam___

CCA #:    1109-14

CCA Disposition: _____

DATE:    _____

JUDGE:    _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**